UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIMOTHY POORE | § § | |
| Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00628 |
| HOWARD PAYNE UNIVERSITY & LARRY WALLS | § § § | |
| Defendants | § | |

**JOINT MOTION TO DISMISS**

COMES NOW Plaintiff and Defendants and file this their Joint Motion to Dismiss, asking that all claims and causes of action against Defendants, Howard Payne University and Larry Walls be dismissed, and in support thereof would respectfully show unto the Court as follows:

I.

Plaintiff and Defendants request that the Court dismiss all claims and causes of action asserted or which could have been asserted against Defendants by Plaintiff with prejudice to the refiling of same for the reason that all matters in controversy have been completely compromised and settled.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause be DISMISSED with prejudice, with costs of court taxed against the party by whom incurred for which let execution issue if same are not timely paid.

Respectfully submitted,

| | |
|---|---|
| SMEAD, ANDERSON & DUNN | LAW OFFICE OF JOSH B. MANNESS |
| By: /s/ Michael L. Dunn | By: /s/ Josh B. Maness |
| MICHAEL L. DUNN | JOSH B. MANESS |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| Texas State Bar No. 06246900 | Texas State Bar No. 24046340 |
| 2110 Horseshoe Lane | 480 W. Texas Ave. |
| Longview, Tx 75605 | Waskom, Tx 75692 |
| Telephone : 903-232-1880 | Telephone: (903) 407-8455 |
| Fax: 903-232-1881 | Fax: (877) 320-5751 |
| E-mail: mdunn@smeadlaw.com | E-mail: manessjosh@hotmail.com |

## CERTIFICATE OF SERVICE

I certify that on September 23, 2015, a true and correct copy of the foregoing document was filed and served using the ECF filing procedures for the United States District Court for the Eastern District of Texas.

/s/ Michael L. Dunn