UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIMOTHY POORE | § § § | |
| Plaintiffs | | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00628 |
| HOWARD PAYNE UNIVERSITY & LARRY WALLS | § § § | |
| Defendants | § | |

### ORDER OF DISMISSAL

It being brought to the attention of the Court that the parties in this case have filed a Joint Motion to Dismiss With Prejudice (Dkt. No. 15) in the above captioned cause on the basis that all matters in controversy have been completely compromised and settled.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause be DISMISSED with prejudice, with costs of court taxed against the party by whom incurred for which let execution issue if same are not timely paid.

**So Ordered and Signed on this**

**Sep 29, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE